IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| ERIC FLORES | § | |
| --- | --- | --- |
| | § | |
| v. | § | 9:15-cv-60 |
| | § | |
| UNITED STATES ATTORNEY | § | |
| GENERAL | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial proceedings. The court has received and considered the report and recommendation of the magistrate judge, which makes two recommendations. (Doc. No. 8.) First, it is recommended that the court impose a sanction of $100 due to the Plaintiff's repetitive filing of frivolous lawsuits. See also Doc. No. 19, Eric Flores v. United States Attorney General, et al., 1:14-cv-198 (E.D. Tex. March 4, 2015) (declaring Eric Flores a vexatious litigant and warning that "monetary sanctions may be imposed for future vexatious litigation"). Second, the magistrate judge recommended that this case be dismissed without prejudice for failing to comply with a court order. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 8) is **ADOPTED**. The Plaintiff is sanctioned $100 for the repetitive filing of frivolous

lawsuits. This sanction must be paid before the Plaintiff is allowed to file any further actions in this district. Furthermore, this case is dismissed without prejudice.

**SIGNED this 30th day of July, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE